# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 2798 | **DATE** | 10/12/2011 |
| **CASE TITLE** | Hard Drive Productions, Inc. Vs. Does 1 - 55 | | |

**DOCKET ENTRY TEXT**

Status hearing and ruling on motion hearing held. Defendant Doe's motion to dismiss [10] is denied in part and granted in part. Amended complaint as to Count II to be filed within 28 days of the entry of this opinion and order. Enter Memorandum Opinion and Order. Status hearing set for 11/10/11 at 9:30 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|