IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **HARD DRIVE PRODUCTIONS, INC.** | ) | |
| | ) | |
| Plaintiff, | ) | No. 11-CV-2798 |
| | ) | |
| v. | ) | Hon. Judge J. W. DARRAH |
| | ) | |
| DOES 1 – 55, | ) | Mag. Judge M. C. Ashman |
| | ) | |
| Defendants. | ) | |

**MOTION BY JOHN DOE # 98.220.82.150
TO COMPEL PLAINTIFF TO PROVIDE
INFORMATION OF ALLEGED APPLICATION
FOR COPYRIGHT REGISTRATION**

Movant, JOHN DOE (identified by Internet Protocol "IP" number 98.220.82.150) (hereafter "Doe No. 150"), by and through his/her counsel Sidney Ezra, moves the Court pursuant to F.R.Civ.P. 12(b) to compel Plaintiff to provide information in support of its alleged application for copyright registration in the Amended Complaint required by the Court's Order of October 12, 2011, based on the following:

Second Amended Complaint

The Court's Memorandum Opinion of October 12, 2011 refers to Plaintiff's Second Amended Complaint. (pg.1, Background) This defendant, Doe # 150, never received either a First Amended Complaint nor a Second Amended Complaint, and does not find either among the 24 documents listed in the case History on the internet. So Doe #150 requests a copy

Alleged Filing of Application for Copyright Registration

The original Complaint, filed April 27, 2011, alleges that the copyrighted work is entitled "Amateur Allure-Erin" (pg.2, ¶3), and that Plaintiff had already applied for registration of a copyright on it, which was then pending in the U. S. Copyright Office (pg.6, ¶ 20). But the Complaint frails to attach any copy of the application, and provides no further details.

It is now about six months later and Doe #150 has been provided no further information. Registration takes only several weeks, up the three months. (Doe #150's Motion To Dismiss, at pg. 4, citing U.S. Copyright Office website). "Amateur Allure-Erin" is not listed among the 13 works for which Plaintiff Hard Drive Productions, Inc. has been issued a copyright registration. (please see Exhibit "A," attached hereto)

Both an application and a registration certificate would list any previous edition (¶s 1 & 5) , identity of the author(s) (¶ 2), year of creation and date of any publication (¶ 3) , owner (¶ 4), nature of the work (¶ 6), name of the person providing the information (¶ 8) and – most important – the date of application (¶ 8). (Exhibit "B," copyright Form PA, attached hereto) So all of that information would be available to Plaintiff from the alleged application. As a defendant, Doe #150 is entitled to know the identity and status of the property which he/she is alleged to have infringed, and to have information needed for any defense. For example, Section 412 of the Copyright Act, 17 U.S.C. §412, permits only proof of actual damages, but not of statutory damages for any infringements which occur prior to registration (claimed by Plaintiff in its Complaint at ¶30) *Evans Newton, Inc. v. Chicago Systems Software,* 793 F.2d 889, 896-97 (7th Cir. 1986), *cert. den.* 479 U.S. 949 (1986); *Cosmetic Ideas, Inc. v. IAC/Interactivecorp,* 606 F.3d 612, 616-18 (9th Cir. 2010)

Suspension of Litigation Pending Provision of Information

In situations in which a claimant has not yet received an applied-for registration, the courts have suspended proceedings until a registration is received. *Prunte' v. Universal Music Group,* 484 F.Supp2d 32, 40 (D. D.C., 2007) See also *Goebel v. Manis,* 39 F.Supp2d 1318, 1320 ((D. Kans. 1999) (case dismissed, with leave to refile upon receipt of copyright registration. In some cases the application was found incomplete.) *Geoscan, Inc. v. Geotrace Technologies, Inc.,* 226 F.3d 387, 393 (5th Cir. 2000).

WHEREFORE, Plaintiff should be compelled to either produce its alleged application for registration or registration, or at least produce the information required for registration, together with proof that it supplied the required application, deposits of samples and fees.

                                             Respectfully submitted,
                                             for Doe # 98.220.82.150

                                  By:   Theodore T. Scudder
                                         Theodore T. Scudder

Bar No. 2535610
Theodore T. Scudder
Sidney Ezra Law Offices
55 W. Wacker Drive, 9th fl.
Chicago, Illinois 60601
Tel.: (312) 357-8888
Fax.: (312) 357-8889
sidney_ezra@sbcglobal.net