IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

HARD DRIVE PRODUCTIONS, INC.,

      Plaintiff,

v.

DOES 1-55,

      Defendants.

CASE NO. 1:11-CV-02798

Judge: Hon. John W. Darrah
Magistrate: Hon. Martin C. Ashman

_____

## NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DOE DEFENDANTS WITHOUT PREJUDICE

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntarily dismisses, without prejudice, all causes of action in the complaint against Doe Defendants associated with the IP Addresses 98.206.99.122; 24.15.132.56; and 98.228.227.162. The respective Doe Defendants have neither filed an answer to Plaintiff's Complaint, nor a motion for summary judgment with respect to the same. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

[Intentionally left blank]

Respectfully submitted,

HARD DRIVE PRODUCTIONS, INC.

**DATED:** November 21, 2011

By: /s/ Paul Duffy
Paul Duffy (Bar No. 6210496)
Prenda Law Inc.
161 N. Clark Street, Suite 3200
Chicago, IL 60601
Phone: (312) 880-9160
Fax: (312) 893-5677
E-mail: paduffy@wefightpiracy.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that on November 21, 2011, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).

                                       /s/ Paul Duffy
                                       Paul Duffy