**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DOES 1 – 55, ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | CASE NO. 1:11-cv-02798 <br><br> Judge: Hon. J. W. Darrah <br> Magistrate Judge: Hon. M.C. Ashman <br><br> **SUBMISSION OF COPYRIGHT REGISTRATION INFORMATION** |

On January 31, 2012, the Court ordered Plaintiff to furnish a certificate of registration for the Plaintiff's Video, "Amateur Allure - Erin". Plaintiff has received the Certificate of Registration under registration number PA0001757280.

The certificate of registration is publicly available on the United States Copyright Office website at http://www.copyright.gov. By visiting the main site, clicking on "Search Records," clicking on "Search the Catalog", the certificate of registration is retrievable through the "Basic Catalog: search by Registration Number," using the registration number set forth above. For the Court's convenience, a copy of the registration from the Library of Congress Copyright Catalog is attached as Exhibit A to this filing.

[intentionally left blank]

        Respectfully submitted,

        Hard Drive Productions, Inc.

**DATED:** February 7, 2012

        By:    /s/ Paul Duffy
                Paul Duffy (Bar No. 6210496)
                Prenda Law Inc.
                161 N. Clark Street, Suite 3200
                Chicago, IL 60601
                Phone: (312) 880-9160
                Fax: (312) 893-5677
                E-mail: paduffy@wefightpiracy.com
                *Attorney for Plaintiff*

3

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on February 7, 2012, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).

                /s/ Paul Duffy
                Paul Duffy