

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = hard drive productions, inc.
Search Results: Displaying 13 of 19 entries



### *Erin.*

| | |
|---:|:---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001757280 / 2011-11-09 |
| **Application Title:** | Erin. |
| **Title:** | Erin. |
| **Description:** | 3 electronic files (eService) |
| **Copyright Claimant:** | Hard Drive Productions, Inc. Address: 8410 E. Cholla St., Scottsdale, AZ, 85260. |
| **Date of Creation:** | 2010 |
| **Date of Publication:** | 2010-10-15 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Hard Drive Productions, Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: editing/editor, direction/director, script/screenplay, production/producer, entire motion picture, cinematography/cinematographer. |
| **Names:** | Hard Drive Productions, Inc. |





---

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page