IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC., | CASE NO. 1:11-CV-02798 |
| Plaintiff, | |
| | Judge: Hon. John W. Darrah |
| v. | Magistrate: Hon. Martin C. Ashman |
| DOES 1-55, | |
| Defendants. | |

_____

**NOTICE OF VOLUNTARY DISMISSAL OF REMAINING DOE DEFENDANTS
WITHOUT PREJUDICE**

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntarily dismisses, without prejudice, all causes of action in the complaint against the remaining Doe defendants. The remaining Doe defendants have neither filed an answer to Plaintiff's Complaint, nor a motion for summary judgment with respect to the same. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

       Respectfully submitted,

       HARD DRIVE PRODUCTIONS, INC.

**DATED:** February 29, 2012

       By: /s/ Paul Duffy
          Paul Duffy (Bar No. 6210496)
          Prenda Law Inc.
          161 N. Clark Street, Suite 3200
          Chicago, IL 60601
          Phone: (312) 880-9160
          Fax: (312) 893-5677
          E-mail: paduffy@wefightpiracy.com
          *Attorney for Plaintiff*

- 2 -

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on February 29, 2012, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).

                                                 /s/ Paul Duffy
                                                 Paul Duffy